(February 18, 1952.)

■

In the Matter of the Application of LAWRENCE RIVKIN, Also Known as LAWRENCE M. RIVKIN, for Admission to the Bar.— ▮

Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

■

AUGUSTA BECK et al., Appellants, v. IRENE ODELL, Individually and as Administratrix of the Estate of LOUISE LOW, Deceased, et al., Respondents.— ▮

The determination by Special Term that plaintiffs' testator was not a cotenant with defendant Odell's intestate is supported by the evidence. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

■

MARJORIE L. BRENNAN, Respondent, v. WALTER C. BRENNAN, Appellant.— ▮ No opinion. Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ., concur.

■

LOUIS COHEN, as Receiver of SANFORD HOTEL CORP., Appellant, v. LEO E. SHERMAN, Defendant, and CHARLES S. MICHEL, Respondent.— ▮ No opinion. Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ., concur. [See *post,* p. 918.]

■

LUCILE M. FERGUSON, Respondent, v. JOSEPH B. FERGUSON, Appellant.— ▮ No opinion. Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ., concur.